**15 MISC 0373**

**DOC # 1**

M10-468

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
IN RE:                                  :
                                        :
MOTIONS FOR SENTENCING REDUCTIONS       :
UNDER 28 U.S.C. § 2255 IN LIGHT OF      :
JOHNSON v. UNITED STATES                :
                                        :
----------------------------------------x

## STANDING ORDER 2015 - ___

Pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c), and the discretion of the Court, the Office of the Federal Public Defender for the Southern District of New York is hereby appointed to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal habeas relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in view of Johnson v. United States, --- U.S. ---, 2015 WL 2473450 (June 26, 2015).

The U.S. Probation Office for the Southern District of New York and the United States District Court Clerk's Office for Southern District of New York are authorized to disclose Presentence Investigation Reports, Statements of Reasons, and Judgments to the Federal Public Defender's Office for the purpose of determining eligibility for relief under Johnson.

IT IS SO ORDERED this 18th day of November, 2015.

*Loretta A. Preska*
Loretta A. Preska, Chief Judge
United States District Court